## Cooper & Orme v. Deraney.

APPEAL from Franklin Circuit Court.

Tried before the Hon. H. C. SPEAKE.

REDWINE & JACK, for appellants.

KEY & HESTER, *contra*.

Action of detinue by the appellants against the appellee. There was judgment for the defendant. Judgment reversed and cause remanded.

Opinion by McCLELLAN, J.

---

## Campbell v. Shadow.

APPEAL from Circuit Court of Bibb.

Tried before the Hon. N. D. DENSON.

W. S. CARY and PETERS, WILSON & LYMAN, for appellant.

LOGAN, HARGROVE and VANDEGRAAFF, *contra*.

The appellee, M. J. Shadow, brought an action on a promissory note against J. N. Campbell, and recovered judgment thereon. The defendant appeals. Judgment affirmed.

Opinion by HARALSON, J.